

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2015

No. 04-14-00841-CV

**IN RE** Rowland **MARTIN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
             Marialyn Barnard, Justice
             Patricia O. Alvarez, Justice

Relator initiated this original proceeding for writs of prohibition and mandamus in December 2014 regarding a July 2014 trial court order granting injunctive relief. This court issued its opinion denying relator's petition on December 17, 2014. On March 13, 2015, relator filed a motion seeking to reinstate this original proceeding and consolidate it with the interlocutory appeal of the July 2014 order granting injunctive relief presently pending before this court in Appeal No. 04-14-00483-CV, styled *Rowland Martin Jr. v. Edward L. Bravenec and 1216 West Ave., Inc.*

The court has considered relator's motion and it is DENIED.

It is so **ORDERED** on March 23, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014CI07644, styled *Edward L. Bravenec and 1216 West Ave., Inc. v. Rowland Martin Jr.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb III presiding.